# Exhibit D



# Demand for Arbitration Form (continued)
Instructions for Submittal of Arbitration to JAMS

**TO RESPONDENT** (PARTY ON WHOM DEMAND FOR ARBITRATION IS MADE)   Add more respondents on **page 6**.

| | |
|---|---|
| RESPONDENT NAME | CAVIAR, LLC |
| ADDRESS | 901 MARKET STREET SUITE 600 |
| CITY | SAN FRANCISCO |
| STATE | CA |
| ZIP | 94103 |
| PHONE | |
| FAX | |
| EMAIL | |

RESPONDENT'S REPRESENTATIVE OR ATTORNEY (IF KNOWN)

| | |
|---|---|
| REPRESENTATIVE/ATTORNEY | JOSHUA LIPSHUTZ |
| FIRM/COMPANY | GIBSON, DUNN & CRUTCHER LLP |
| ADDRESS | 1050 CONNECTICUT AVENUE, N.W. |
| CITY | WASHINGTON |
| STATE | D.C. |
| ZIP | 20036 |
| PHONE | 2029558217 |
| FAX | |
| EMAIL | jlipshutz@gibsondunn.com |

**FROM CLAIMANT**   Add more claimants on **page 7**.

| | |
|---|---|
| CLAIMANT NAME | DAVE PRINCE |
| ADDRESS | [REDACTED] |
| CITY | LOS ANGELES |
| STATE | CA |
| ZIP | 90064 |
| PHONE | [REDACTED] |
| FAX | |
| EMAIL | [REDACTED] |

CLAIMANT'S REPRESENTATIVE OR ATTORNEY (IF KNOWN)

| | |
|---|---|
| REPRESENTATIVE/ATTORNEY | AARON ZIGLER |
| FIRM/COMPANY | KELLER LENKNER LLC |
| ADDRESS | 150 N. RIVERSIDE PLAZA, SUITE 4270 |
| CITY | CHICAGO |
| STATE | IL |
| ZIP | 60606 |
| PHONE | 3122107278 |
| FAX | |
| EMAIL | amz@kellerlenkner.com |

# Demand for Arbitration Form (continued)

Instructions for Submittal of Arbitration to JAMS

## MEDIATION IN ADVANCE OF THE ARBITRATION

☐ If mediation in advance of the arbitration is desired, please check here and a JAMS Case Manager will assist the parties in coordinating a mediation session.

## NATURE OF DISPUTE / CLAIMS & RELIEF SOUGHT BY CLAIMANT

CLAIMANT HEREBY DEMANDS THAT YOU SUBMIT THE FOLLOWING DISPUTE TO FINAL AND BINDING ARBITRATION.
A MORE DETAILED STATEMENT OF CLAIMS MAY BE ATTACHED IF NEEDED.

Claimant has been a courier for Caviar. Caviar has exercised significant control over Claimant, including by determining which deliveries it has offered Claimant and how much it has paid Claimant for each delivery. Because Caviar sets the material terms of its couriers' conduct, Claimant has not used managerial skill to increase profits. Claimant, along with other couriers, has made up Caviar's core workforce; Claimant is integral to Caviar's business. While working for Caviar, Claimant has not operated a transportation-based business independent of Caviar. Caviar has thus misclassified Claimant as an independent contractor instead of an employee. Claimant seeks all available relief under the following provisions, as showing to be applicable following discovery of information exclusively within the control of Respondent: 29 U.S.C. §§ 206, 207 (Minimum Wage & Overtime); California Labor Code, Wage Order No. 9 (Minimum Wage & Overtime); Applicable Municipal Codes (Minimum Wage, Overtime, Sick Time & Notice Violations); California Labor Code § 226 (Wage Statement and Records Access); and Cal. Bus. & Prof. Code § 17200 (Unfair and Unlawful Business Practices).

AMOUNT IN CONTROVERSY (US DOLLARS)   $210,000

# Demand for Arbitration Form (continued)
Instructions for Submittal of Arbitration to JAMS

## ARBITRATION AGREEMENT

This demand is made pursuant to the arbitration agreement which the parties made as follows. **Please cite location of arbitration provision and attach two copies of entire agreement.**

**ARBITRATION PROVISION LOCATION**

"If the parties cannot otherwise agree on a location for the arbitration, the arbitration shall take place in the county in which JAMS services are offered that is nearest to where you primarily performed Delivery Services for Caviar at the time the dispute arose." Section 6.c.

## RESPONSE

The respondent may file a response and counter-claim to the above-stated claim according to the applicable arbitration rules. **Send the original response and counter-claim to the claimant at the address stated above with two copies to JAMS.**

## REQUEST FOR HEARING

**REQUESTED LOCATION**   See above

## ELECTION FOR EXPEDITED PROCEDURES (IF COMPREHENSIVE RULES APPLY)

*See:* **Comprehensive Rule 16.1**

☐ By checking the box to the left, Claimant requests that the Expedited Procedures described in JAMS Comprehensive Rules 16.1 and 16.2 be applied in this matter. Respondent shall indicate not later than seven (7) days from the date this Demand is served whether it agrees to the Expedited Procedures.

## SUBMISSION INFORMATION

**SIGNATURE**   /s/ Aaron Zigler             **DATE**   2/18/2020

**NAME (PRINT/TYPED)**   Aaron Zigler



# Demand for Arbitration Form (continued)
Instructions for Submittal of Arbitration to JAMS

**Completion of this section is <u>required for all consumer or employment claims</u>.**

## CONSUMER AND EMPLOYMENT ARBITRATION

Please indicate if this is a CONSUMER ARBITRATION. For purposes of this designation, and whether this case will be administered in California or elsewhere, JAMS is guided by *California Rules of Court Ethics Standards for Neutral Arbitrators, Standard 2(d) and (e)*, as defined below, and the JAMS Consumer and Employment Minimum Standards of Procedural Fairness:

- [✓] **<u>YES</u>**, this **is** a CONSUMER ARBITRATION.

- [ ] **<u>NO</u>**, this **is not** a CONSUMER ARBITRATION.

"Consumer arbitration" means an arbitration conducted under a pre-dispute arbitration provision contained in a contract that meets the criteria listed in paragraphs (1) through (3) below. "Consumer arbitration" excludes arbitration proceedings conducted under or arising out of public or private sector labor-relations laws, regulations, charter provisions, ordinances, statutes, or agreements.

1. The contract is with a consumer party, as defined in these standards;
2. The contract was drafted by or on behalf of the non-consumer party; and
3. The consumer party was required to accept the arbitration provision in the contract.

"Consumer party" is a party to an arbitration agreement who, in the context of that arbitration agreement, is any of the following:

1. An individual who seeks or acquires, including by lease, any goods or services primarily for personal, family, or household purposes including, but not limited to, financial services, insurance, and other goods and services as defined in section 1761 of the Civil Code;
2. An individual who is an enrollee, a subscriber, or insured in a health-care service plan within the meaning of section 1345 of the Health and Safety Code or health-care insurance plan within the meaning of section 106 of the Insurance Code;
3. An individual with a medical malpractice claim that is subject to the arbitration agreement; or
4. An employee or an applicant for employment in a dispute arising out of or relating to the employee's employment or the applicant's prospective employment that is subject to the arbitration agreement.

NOTE: JAMS is guided by its Consumer Minimum Standards and Employment Minimum Standards when determining whether a matter is a consumer matter. In addition, JAMS may treat a matter as a consumer matter and apply the Employment Minimum Standards where an individual claims to have been misclassified as an independent contractor or otherwise improperly placed into a category other than employee or applicant for employment.

## EMPLOYMENT MATTERS
If this is an EMPLOYMENT matter, Claimant must complete the following information:

Private arbitration companies are required to collect and publish certain information at least quarterly, and make it available to the public in a computer-searchable format. In employment cases, this includes the amount of the employee's annual wage. The employee's name will not appear in the database, but the employer's name will be published. Please check the applicable box below:

- [✓] Less than $100,000
- [ ] $100,000 to $250,000
- [ ] More than $250,000
- [ ] Decline to State

## WAIVER OF ARBITRATION FEES
**In certain states (e.g. California), the law provides that consumers (as defined above) with a gross monthly income of less than 300% of the federal poverty guidelines are entitled to a waiver of the arbitration fees.** In those cases, the respondent must pay 100% of the fees. Consumers must submit a declaration under oath stating the consumer's monthly income and the number of persons living in his or her household. Please contact JAMS at 1-800-352-5267 for further information. Note: this requirement is not applicable in all states.