UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID PRINCE,

      Plaintiff,

   v.

CAVIAR, LLC,

      Defendant.

No. C 20-01292 RS

**ORDER RE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

The parties shall please each file a response by **MARCH 10 AT NOON** regarding whether the above-captioned case is related to *Abernathy v. Doordash, Inc.*, 19-cv-07545-WHA pursuant to Civil Local Rule 3-12(c), not whether they want the cases to be related.

**IT IS SO ORDERED.**

Dated: March 3, 2020.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE